**AHMAD, ZAVITSANOS & MENSING, PLLC**
Foster C. Johnson (SBN 289055)
fjohnson@azalaw.com
1221 McKinney Street, Suite 2500
Houston, TX 77010
(713) 655-1101

*Attorneys for Plaintiffs & the Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>vs.<br><br>PERPLEXITY AI, INC., META PLATFORMS, INC., AND GOOGLE, LLC,<br><br>*Defendants.* | Case No. 3:26-cv-02803<br><br>**MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFF JOHN DOE TO PROCEED PSEUDONYMOUSLY** |

**ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFF TO**

**PROCEED PSEUDONYMOUSLY**

The Court has reviewed Plaintiff's Motion for Administrative Leave to Proceed Pseudonymously (ECF No. 2), and find that it meets the Court's balancing test of three situations allowing a plaintiff to proceed anonymously: (1) when identification creates a risk of retaliatory physical or mental harm; (2) when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature; and (3) when the anonymous party is compelled to admit his or her intention to engage in illegal conduct, thereby risking criminal prosecution, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1980)).

The Court finds the second situation to apply to Plaintiff. Accordingly, Plaintiff shall be identified in all public filings in this action as "John Doe." In addition, unless further order of the Court, no party shall use the name, address, or any other identifying contact information of Plaintiff in any public filing in this case.

ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFFS TO PROCEED
PSEUDONYMOUSLY

**IT IS SO ORDERED.**

_____
Honorable Judge Presiding
U.S. District Court Judge

ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFFS TO PROCEED
PSEUDONYMOUSLY