**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| DAVID NOEL, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-02803-VC |
| *Plaintiffs,* | |
| vs. | |
| PERPLEXITY AI, INC., META PLATFORMS, INC., AND GOOGLE, LLC, | |
| *Defendants.* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**CORRECTED ORIGINAL CLASS ACTION COMPLAINT**

Pursuant to Rules 10 and 15(a)(2) of the Federal Rules of Civil Procedure and the Court's

Order (defined below), Plaintiff David Noel ("Plaintiff"), by and through his undersigned counsel,

respectfully files this Motion for Leave to File Corrected Original Class Action Complaint (this

"Motion"), asking the Court to grant him leave to file the attached Corrected Class Action

Complaint and Demand for Jury Trial substituting his real name for "John Doe" throughout.  In

support, Plaintiff states as follows:

On March 31, 2026, Plaintiff filed his original Class Action Complaint and Demand for

Jury Trial (the "Original Complaint") [Dkt. 1].  In the Original Complaint, Plaintiff identified

himself as "John Doe" throughout out of a desire to protect his privacy.  On April 1, 2026, Plaintiff

then filed his Motion for Administrative Leave for Plaintiff John Doe to Proceed Pseudonymously

(the "Motion to Proceed under Pseudonym") [Dkt. 2], explaining that he wished to proceed

pseudonymously given the nature of the personal information Plaintiff alleges Defendants

disclosed.

1

On April 2, 2026, this matter was reassigned to this Court [Dkt. 7], and on April 3, 2026, the Court denied the Motion to Proceed under Pseudonym via minute order (the "Order") [Dkt. 9].

In compliance with the Court's Order, Plaintiff now files this Motion requesting leave to file the Corrected Class Action Complaint and Demand for Jury Trial (the "Corrected Complaint") attached as **Exhibit A** (redline attached as **Exhibit B**).  The Corrected Complaint substitutes Plaintiff's real name for the pseudonym "John Doe" and is otherwise substantively unchanged from the Original Complaint.  Accordingly, Plaintiff requests the Court's leave to file the Corrected Complaint under Rule 15(a)(2); that rule permits the Court to grant leave to amend, which the Court "should freely give … when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Granting leave to amend under Rule 15(a)(2) is appropriate in circumstances like those here where a motion for leave to proceed under pseudonym has been denied.  *D.C. v. Pierce Cnty.*, No. C10-5246, 2010 WL 3814051, at *2 (W.D. Wash. Sept. 27, 2010).  There is no indication Plaintiff has acted in bad faith; Plaintiff filed this Motion promptly, within three days of the Court's Order; there is no prejudice to Defendants, who have not yet been served in this case; the amendment would not be futile because it complies with the Court's Order; and Plaintiff has not previously filed an amended complaint in this matter.  *See id.*  Plaintiff moreover specifically requests leave to file the Corrected Complaint under Rule 15(a)(2)—and not Rule 15(a)(1)—because Plaintiff intends to file a further First Amended Complaint within 21 days of the filing of his Original Complaint, as is his right under Rule 15(a)(1).

Wherefore, pursuant to Rules 10 and 15(a)(2) and the Court's Order, Plaintiff respectfully requests the Court's leave under Rule 15(a)(2) to file the attached Corrected Complaint.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Foster C. Johnson*
Foster C. Johnson (SBN 289055)
Joeseph Ahmad\*
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston TX 77010
Tel:  (713) 655-1101
Fax: (713) 655-0062
fjohnson@azalaw.com
joeahmad@azalaw.com

**COUNSEL FOR PLAINTIFF,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED**

**\*** *Pro Hac Vice Pending*