**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION**

|  |  |
|---|---|
| DAVID NOEL, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-02803-VC |
| *Plaintiffs,* | |
| vs. | |
| PERPLEXITY AI, INC., META PLATFORMS, INC., AND GOOGLE, LLC, | |
| *Defendants.* | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED ORIGINAL CLASS ACTION COMPLAINT

Having considered Plaintiff's Motion for Leave to File Corrected Original Class Action Complaint (the "Motion"), Federal Rules of Civil Procedure 10 and 15(a)(2), and the Court's April 3, 2026 minute order [Dkt. 9], the Court finds that the relief requested in the Motion is proper and the Motion should be granted.

It is therefore ORDERED that Plaintiff's Motion is GRANTED and, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff is granted leave to file a corrected original complaint identifying himself by his proper name within seven days of the date of this order.

Signed:   April 14, 2026

_____
HONORABLE VINCE CHHABRIA

1