**AHMAD, ZAVITSANOS & MENSING, PLLC**
Foster C. Johnson (SBN 289055)
fjohnson@azalaw.com
Joseph Ahmad
joeahmad@azalaw.com
1221 McKinney Street, Suite 2500
Houston, TX 77010
(713) 655-1101

*Attorneys for Plaintiff & the Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISO DIVISION**

| | |
|---|---|
| DAVID NOEL, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-02803-VC |
| *Plaintiffs,* | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)** |
| vs. | |
| PERPLEXITY AI, INC., META PLATFORMS, INC., AND GOOGLE, LLC, | |
| *Defendants.* | |

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff David Noel ("Plaintiff") files this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) (this "Notice") with the Clerk in the above-captioned matter.  Through this Notice, Plaintiff voluntarily dismisses without prejudice the entire above-captioned matter, including all his pending claims against all Defendants.  Because no Defendant in this matter has served on Plaintiff either an answer or a motion for summary judgment as of the filing of this Notice, Plaintiff may dismiss this matter without prejudice as a matter of right.  FED. R. CIV. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  The dismissal is effective on filing and no court order is required.  *Wilson*, 111 F.3d at 692.

Dated: May 1, 2026                                  Respectfully submitted,

                                                    /s/ Foster C. Johnson
                                                    Foster C. Johnson (SBN 289055)
                                                    Joeseph Ahmad*
                                                    **AHMAD, ZAVITSANOS & MENSING, PLLC**
                                                    1221 McKinney Street, Suite 2500
                                                    Houston TX 77010
                                                    Tel:  (713) 655-1101
                                                    Fax: (713) 655-0062
                                                    fjohnson@azalaw.com
                                                    joeahmad@azalaw.com

                                                    **COUNSEL FOR PLAINTIFF,
                                                    INDIVIDUALLY AND ON BEHALF OF ALL
                                                    OTHERS SIMILARLY SITUATED**

                                                    *** Pro Hac Vice Pending**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 1, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Foster Johnson*
Foster Johnson

PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE